UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS ADRIAN ALVAREZ PILAY,
ICE FACILITY: FLORIDA SOFT
SIDE SOUTH. BY AND THROUGH
HIS NEXT FRIEND ANTONIA
PILAY,

    Plaintiff,

v.

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT,

    Defendant.

Case No. 2:25-cv-1120-KCD-NPM

## ORDER

Antonia Pilay has filed an Emergency Motion for Stay of Removal. (Doc. 10.) The motion is **DENIED** because the habeas petition was denied, and the case was closed last week. (Doc. 9.)

**ORDERED** in Fort Myers, Florida on December 30, 2025.

Kyle C. Dudek
United States District Judge